# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Richard Grimsley Docket No. 5:04-CR-297-1BO

### Petition for Action on Supervised Release

COMES NOW Michael C. Brittain, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Richard Grimsley, who, upon an earlier plea of guilty to Distribution of More Than 50 Grams of Cocaine Base in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 11, 2006, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Richard Grimsley is scheduled for release from custody on May 24, 2013, at which time the term of supervised release will commence.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Grimsley is currently a BOP resident of Cavalcorp, Residential Re-Entry Center, in Raleigh, North Carolina. He is scheduled for release from the BOP on May 24, 2013, and has an apartment leased that will not be available until June 1, 2013. He has requested an extension of his Residential Re-Entry Center placement for an additional 7 days to provide him housing during this period of homelessness. Cavalcorp staff has agreed with the placement and have bed space available for that period of time. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Richard Grimsley
Docket No. 5:04-CR-297-1BO
Petition For Action
Page 2


**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of up to 7 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the
foregoing is true and correct.


/s/Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer
310 New Bern Avenue, Suite 610
Raleigh, NC 27601
Phone: 919-861-8660
Executed On: May 21, 2013

## ORDER OF COURT

Considered and ordered this 21 day of May, 2013, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge